## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL PITTMAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GOVERNOR TOM CORBETT, et al.** | : | **NO. 14-231** |

### ORDER

AND NOW, this        day of February, 2014, upon consideration of plaintiff's motion to

proceed *in forma pauperis*, his motion to reinstate, and his *pro se* amended complaint, it is

ORDERED that:

1.      The motion to reinstate is GRANTED to the extent it asks the Court to reopen this

case and to amend the complaint.  To the extent the motion requests a stay, that request is left to

the discretion of the Middle District of Pennsylvania.

2.      Leave to proceed *in forma pauperis* is GRANTED.

3.      Plaintiff Raymond Gabriel Pittman, #DT-1470, shall pay the full filing fee of

$350 in installments, pursuant to 28 U.S.C. § 1915(b).  Based on the financial information

provided by plaintiff, an initial partial filing fee of $39.48 is assessed.  The Superintendent or

other appropriate official at the State Correctional Institution at Dallas or at any other prison at

which plaintiff may be incarcerated is directed to deduct $39.48 from plaintiff's inmate trust

fund account, when such funds become available, and forward that amount to the Clerk of the

United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, 601

Market Street, Philadelphia, PA 19106, to be credited to Civil Action No. 14-231.  After the

initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other

appropriate official at the State Correctional Institution at Dallas or at any other prison at which

plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 14-231.

4.    The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Dallas.

5.    Plaintiff's claims related to the alleged invalidity of his judgment of conviction and related confinement, and his claims based on the inadequacy of the prison grievance system are DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

6.    Governor Tom Corbett is DISMISSED as a party to this case.  To the extent the former governors and officials and employees of Lehigh County identified in the body of the amended complaint can be considered defendants in this case, they are also DISMISSED as parties to this case.

7.    The Clerk of Court is directed to TRANSFER the above-captioned case to the United States District Court for the Middle District of Pennsylvania.

8.    The Clerk of Court for the Eastern District of Pennsylvania shall not issue summonses at this time.

**BY THE COURT:**

_Joel Slomsky_
**JOEL H. SLOMSKY, J.**