# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL PITTMAN,** | : | **CIVIL ACTION NO. 3:14-CV-598** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **TOM CORBETT, et al.,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 6th day of June, 2019, upon consideration of the motion (Doc. 69) for summary judgment by Remaining DOC Defendants, and the parties' respective briefs in support of and opposition to said motion, and well as Pittman's request (Doc. 74) for partial reconsideration and a permanent injunction, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 69) for summary judgment is GRANTED.

2. The request (Doc. 74) for reconsideration and permanent injunction is DENIED.

3. The Clerk of Court is DIRECTED to enter judgment in favor of Defendants Walsh, Popek, Roth, and Malet.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania