# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| GABRIEL PITTMAN,<br>*Plaintiff*<br>v.<br>J. WALSH SCI Dallas Superintendent, DAVID POPEK,<br>MICHAEL ROTH, and MALET,<br>*Defendants* | Civil Action No.  3:14-CV-0598<br>(Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X   other:   SUM MARY JUDGMENT be and is hereby ENTERED in favor of defendants J. WALSH SCI Dallas Superintendent, DAVID POPEK, MICHAEL ROTH, and MALET, and against plaintiff GABRIEL PITTMAN, in accordance with the court's memorandum (Doc. 79) and order (Doc. 80), dated June 6, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

MOTION FOR SUMMARY JUDGMENT

Date:   Jun 6, 2019           *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                              K. McKinney

                              *Signature of Clerk or Deputy Clerk*